COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Paula Miller

Appellate case number:    01-13-00973-CV

Trial court case number:  65767

Trial court:              149th District Court of Brazoria County

On November 14, 2013, relator, Paula Miller, filed a petition for a writ of prohibition and a motion for emergency stay, asking "the Court for an emergency stay to maintain the status quo of the parties and preserve the Court's jurisdiction to consider the merits of Relator's original proceeding." Relator's motion for emergency stay is **denied**.

It is so ORDERED.

Judge's signature: /s/ Sherry Radack
                   ☒ Acting individually     ☐ Acting for the Court

Date: November 14, 2013